| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>-------------------------------------------------------------- X<br>HECTOR MELENDEZ, *on behalf of himself and*  :<br>*all others similarly situated*,  :<br>   :<br>              Plaintiff,  :<br>   :<br>         -against-  :<br>   :<br>COSAN CONSTRUCTION CORP. et al.,  :<br>   :<br>              Defendants.  :<br>-------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED:  11/8/21<br><br>21-CV-07426 (VEC)<br><br>ORDER |

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on September 3, 2021, *see* Dkt. 1;

WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 9–11;

WHEREAS Defendants Cosan Construction Corp., Cosan New York Inc., and Terence Ferguson have failed to appear, answer, or otherwise respond to the Complaint within 21 days of service, *see* Fed. R. Civ. P. 12(a)(1); and

WHEREAS the Clerk of Court issued certificates of default as to all three Defendants on October 18, 2021, *see* Dkt. 14;

IT IS HEREBY ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **November 22, 2021**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

Date:  November 8, 2021
        New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**