# MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/21

The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

November 15, 2021

**Via ECF**
Hon. Valerie E. Caproni
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    21-cv-07426 (VEC)
                Melendez v. Cosan Construction Corp.

Dear Judge Caproni:

      This office represents Plaintiff in the above captioned matter. I am requesting to have until December 13, 2021 to file default judgment papers. The default judgment papers are currently due on November 22, 2021. This is Plaintiff's first request for an extension. The reason for the request is workload.

                                              Respectfully,

                                              */s Jacob Aronauer*
                                              Jacob Aronauer

---

Application GRANTED. Plaintiff must file default judgment papers not later than December 13, 2021.

SO ORDERED.

*[signature]* 11/15/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE