```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
HECTOR MELENDEZ, on behalf of himself and    :
all others similarly situated,                :
                                              :
                        Plaintiff,            :
                                              :
        -against-                             :
                                              :
COSAN CONSTRUCTION CORP. et al.,              :
                                              :
                        Defendants.           :
-------------------------------------------------------------- X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/14/21
```

21-CV-07426 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendants filed a motion to dismiss and to compel arbitration on December 13, 2021, *see* Not. of Mot., Dkt. 22;

WHEREAS the parties appeared for a teleconference on December 14, 2021; and

WHEREAS at that conference, Plaintiff requested that the Court stay the case and indicated that he did not oppose the motion to compel arbitration, in accordance with *Katz v. Cellco P'ship*, 794 F.3d 341, 347 (2d Cir. 2015);

IT IS HEREBY ORDERED that, for reasons stated on the record at the December 14, 2021 conference, the motion to compel arbitration is GRANTED and this action is STAYED pending the conclusion of arbitration.

IT IS FURTHER ORDERED that the parties must notify the Court not later than one week after the termination of the arbitration and, until then, must provide joint semi-annual reports on the status of the arbitration. The first semi-annual status report is due **June 1, 2022**; thereafter the reports are due on the first day of the month of December and June (or the first business day of those months if the 1st is on a weekend).

**SO ORDERED.**

                                                                                        _____

**Date:  December 14, 2021**                           **VALERIE CAPRONI**
          **New York, NY**                                   **United States District Judge**