The Law Offices of Jacob Aronauer<br>
225 Broadway, 3rd Floor<br>
New York, New York 10007<br>
(212) 323-6980<br>
jaronauer@aronauerlaw.com

December 7, 2022

**<u>Via ECF</u>**
Hon. Jennifer L. Rochon
United States District Court
500 Pearl Street
New York, New York 10007

      Re:    21-cv-07426 (VEC)
               Melendez v. Cosan Construction Corp.

Dear Your Honor:

The parties apologize for failing to meet the Court's deadline.

The parties are continuing to engage in discovery and have the trial scheduled for early next year.

                                                        Respectfully,

                                                        <u>*/s Jacob Aronauer*</u>
                                                       Jacob Aronauer
                                                       *Attorney for Plaintiff*