The Law Offices of Jacob Aronauer
225 Broadway, 3rd Floor
New York, New York 10007
(212) 323-6980
jaronauer@aronauerlaw.com

July 28, 2023

<u>Via ECF</u>
Hon. Barbara Moses
Daniel Patrick Moynihan Courthouse
New York, NY 10007

    ***Re:***    ***Melendez v. Cosan Construction Corp. et al.***
             21-cv-07426 (BCM)

Dear Judge Moses:

    This letter is respectfully submitted on behalf of all parties in the above-captioned matter, seeking the Court's approval of the settlement reached between the parties, per the Second Circuit's decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), as Plaintiff's claims arise under the Fair Labor Standards Act ("FLSA") and New York Labor Law ("NYLL"). The parties have eliminated all references to press releases. As we believe that was the only outstanding issue with respect to court approval of the settlement agreement, we request that the Court approve the signed settlement agreement.

                                            Respectfully submitted,

                                          By:    */s Jacob Aronauer*
                                                     Jacob Aronauer

Attachments

cc:     All Counsel (via ECF)