UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HECTOR MELENDEZ, *on behalf of himself and all others similarly situated*,

           Plaintiff,

-against-

COSAN CONSTRUCTION CORP., et al.,

           Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/31/2023
```

21-CV-7426 (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

      The Court has received and reviewed the parties' joint letter dated July 28, 2023 (Dkt. 52), notifying the Court that they have excised the "impermissible 'no-publicity' clause" which prevented the Court from approving their FLSA settlement as originally drafted, *see Melendez v. Cosan Constr. Corp.*, 2023 WL 4238913 (S.D.N.Y. June 28, 2023), and requesting that the Court now approve their fully-executed revised Settlement Agreement and Release (the Revised Agreement) (Dkt. 52-1) pursuant to *Cheeks v. Freeport Pancake House*, 796 F.3d 199 (2d Cir. 2015).

      Having carefully reviewed the financial and non-financial terms of the Revised Agreement, the Court finds that they are fair and reasonable as required by *Cheeks*, 796 F.3d at 199. Accordingly, the parties' joint letter-motion is GRANTED and the proposed settlement is APPROVED. In accordance with § C(1) of the Revised Agreement, the parties shall file their stipulation of dismissal no later than **August 7, 2023**.

Dated: New York, New York
       July 31, 2023

                                  SO ORDERED.

                                  _____
                                  **BARBARA MOSES**
                                  **United States Magistrate Judge**