# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HECTOR MELENDEZ, on behalf of himself and all others similarly situated,<br><br>   Plaintiffs,<br><br> -against-<br><br>COSAN CONSTRUCTION CORP., COSAN NEW YORK INC. and TERENCE FERGUSON, individually,<br><br>   Defendants. | Docket No.: 21-cv-7426 (BCM)<br><br>USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 08/09/2023 |

Plaintiff Hector Melendez and Defendants Cosan Construction Corp., Cosan New York Inc. and Terence Ferguson, individually hereby stipulate under Federal Rule of Civil Procedurre 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: New York, New York
    August 8, 2023    **COLE SCHOTZ P.C.**

                  By: */s/ Jason Finkelstein*
                     Jason R. Finkelstein
                     Brian L. Gardner
                     *Attorneys for Defendants, Cosan*
                     *Construction Corp., Cosan New York*
                     *Inc. and Terence Ferguson*
                     1325 Avenue of the Americas
                     Suite 1900
                     New York, NY 10019
                     (212) 752-8000

                     -&-

**THE AW OFFICES OF JACOB ARONAUER**

By: */s/* ------
    Jacob Aronauer, Esq.
    *Attorneys for Plaintiff, Hector Melendez*
    225 Broadway, 3rd Floor
    New York, NY 10007

So Ordered.

_____
Barbara Moses
United States Magistrate Judge
August 9, 2023

56742/0003-45088257v1